

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2021

No. 04-21-00004-CV

**IN RE** Scott **KEHOE** and Tana Kehoe, Relators

Original Mandamus Proceeding[1]

**ORDER**

Relators' petition for writ of mandamus and motion for temporary relief are hereby **DENIED**.

It is so **ORDERED** on January 13, 2021.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2021.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-089, styled *Richard Wagner, et al., v. Kehoe, Tanita Faye, et al.*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.